UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 16-cv-06897-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application. More than twenty-eight days has passed and plaintiff has not filed an IFP application, paid the filing fee or otherwise communicated with the Court. Therefore, this case is **DISMISSED** without prejudice. Plaintiff's motion for a temporary restraining order (Docket No. 2) is **DENIED**.

**IT IS SO ORDERED.**

Dated: January 17, 2017

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DERRICK L. JOHNSON,

    Plaintiff,

    v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 16-cv-06897-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 17, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrick L. Johnson ID: CDC AY-7574
CDC
P.O. Box 1050
Soledad, CA 93960

Dated: January 17, 2017

Susan Y. Soong
Clerk, United States District Court

By: *Lisa R. Clark*
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO